UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LTS BUILDING SYSTEMS, INC., | ) ) |
| Defendant. | ) |

Case No. 4:25 CV 880 CDP

## MEMORANDUM AND ORDER

This is an action pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. §185, and pursuant to Section 502 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1132. Plaintiffs seek an order compelling defendant to submit to a payroll audit and, thereafter, a judgment for contributions and damages owed.

Defendant was served with the summons and complaint on July 21, 2025 and has not filed an answer or otherwise entered an appearance.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, plaintiffs have moved this Court for an order compelling defendant to submit to an audit so that plaintiffs can determine the amounts allegedly owed.

Plaintiffs have established that defendant is party to a collective bargaining

agreement with the Mid-America Carpenters Regional Council. The agreement requires defendant to submit contributions to the Carpenters employee benefit funds and authorizes plaintiffs to examine the financial records of defendant to ascertain whether the required contributions were made. The only way in which plaintiffs can determine the amount owed is through such financial examination. Defendant has refused to cooperate in such financial examination.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall provide to plaintiffs the payroll registers and other documents needed to perform an audit for the period of August 1, 2023 to the present, all within thirty (30) days of the date of this Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2025.