UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 4:25 CV 880 CDP |
| LTS BUILDING SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On September 2, 2025, I compelled defendant to provide plaintiffs with documents necessary to perform an audit for the period of August 1, 2023, to the present for the purposes of calculating damages and seeking default judgment in this case. ECF 18. Plaintiffs already sought, and obtained, an entry of default against defendant in this case. ECF 10, 13. To date, plaintiffs have not filed their motion for default judgment or sought other relief in this case. The deadline for defendant's production of documents was October 2, 2025. ECF 18.

Accordingly,

**IT IS HEREBY ORDERED** that by no later than November 21, 2025, plaintiffs shall file: a motion for default judgment, supported by all necessary documentation and proposed Orders for the Court's consideration; a motion for

extension of time to do so, supported by good cause; or, a motion seeking some other form of relief.

*CATHERINE D. PERRY*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2025.